```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                          :
                                          :   CASE NO.: 22-10301-cgm
    IN RE:                                :
                                          :   CHAPTER: 13
    Eric Ramos aka Erick S. Ramos,        :
                                          :   HON.  JUDGE:
    Debtor.                               :   CECELIA G. MORRIS
                                          :
                                          :
                                          :
                                          :
                                          :
------------------------------------------------------------------X
```

## ORDER PURSUANT TO 11 U.S.C. §§ 362(d) and 1301(c) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. §§ 362(a) and 1301(a)

Upon the motion, dated May 24, 2022 (the "Motion"), of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Movant's interests in 1047 Rolling Ridge, New Windsor, NY 12553 (the "Property") to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on June 30, 2022; and there being no opposition to the requested relief; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under sections 362(d)(1)-(2) of the Bankruptcy Code as to the Movant's interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $950.00 and costs in the amount of $188.00 only from proceeds of the foreclosure sale; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 trustee any surplus monies realized by any sale of the Property; and it is further

**ORDERED** that unless specifically provided in loan documents signed by the debtor, the Movant may not collect fees, expenses or other charges associated with a current or subsequent mortgage servicer.



**Dated: July 14, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**